# Third District Court of Appeal

## State of Florida

Opinion filed September 3, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0998
Lower Tribunal No. F22-5144
_____


**Radcliffe Butler,**
Petitioner,

vs.

**State of Florida,**
Respondent.


A Case of Original Jurisdiction – Prohibition and Certiorari.

Carlos J. Martinez, Public Defender, and Jennifer Thornton, Assistant Public Defender, for petitioner.

James Uthmeier, Attorney General, and Ivy Ginsberg, Senior Assistant Attorney General, for respondent.

Before FERNANDEZ, MILLER and GOODEN, JJ.

PER CURIAM.

Having reviewed the petition for writ of prohibition and finding the trial court's findings supported by competent, substantial evidence, it is hereby denied.  See Hoempler v. State, 406 So. 3d 1116, 1119 (Fla. 3d DCA 2025) ("We apply a mixed standard of review in assessing whether a criminal defendant is immune from prosecution. We review the trial court's legal conclusions de novo, while we review its findings of historical facts for competent, substantial evidence."); Figueroa v. State, 393 So. 3d 833, 834 (Fla. 3d DCA 2024) ("[T]here is substantial competent evidence in the record to support the trial court's determination that the State had overcome the prima facie claim of self-defense immunity by clear and convincing evidence. We will not substitute our judgment for that of the trier of fact."); see also Viera v. State, 163 So. 3d 602, 604 (Fla. 3d DCA 2015).  As to the petition for writ of certiorari, it is dismissed.